# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| | ) | Case No.: 9:03-cr-620-PMD-1 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Carl L. Linyard, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Carl Linyard's fifth *pro se* motion for a reduction in his prison sentence under 18 U.S.C. § 3582(c)(2) (ECF No. 437). Linyard bases his motion on Amendments 750 and 759 to the United States Sentencing Guidelines. Linyard has based previous § 3582(c)(2) motions on those amendments. (*See* ECF Nos. 378 & 427). The Court denied those motions on the basis that those amendments did not have the effect of lowering Linyard's guidelines range. (ECF Nos. 384 & 435). Linyard cannot obtain § 3582(c)(2) relief on grounds this Court has previously rejected. *United States v. May*, 855 F.3d 271, 275 (4th Cir. 2017). In any event, Linyard's current motion offers no reason why the Court's previous conclusions were wrong. Thus, the motion is **DENIED**.

    **AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

**June 8, 2017**
**Charleston, South Carolina**